Sealed
Public and unofficial staff access to this instrument are prohibited by court order.

RECEIVED

JUL 1 3 2005

ROBERT H. SHEM... ...CK
WESTE... ...
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. CR05 60040 |
| | * | |
| VERSUS | * | JUDGE JUDGE MELANÇON |
| | * | |
| KEITH ROMAN HENDERSON -001 | * | MAGISTRATE JUDGE |
| LIONEL JOSEPH HENDERSON, JR.-002 | | MAGISTRATE JUDGE METHVIN |

**INDICTMENT**

THE GRAND JURY CHARGES:

## COUNT 1

**CONSPIRACY TO DISTRIBUTE COCAINE BASE (CRACK)**

21 U.S.C. § 846

Beginning on a date unknown to the Grand Jury, until on or about the 17th day of March 2005, in the Western District of Louisiana and elsewhere, the defendants, KEITH ROMAN HENDERSON and LIONEL JOSEPH HENDERSON, JR., did knowingly and intentionally combine, conspire, confederate and agree together, and with diverse other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute fifty (50) grams or more of cocaine base or "crack", which is a Schedule II narcotic controlled substance.

1

## OVERT ACTS

In furtherance of this conspiracy and to effect and accomplish the objects thereof, one or more of the conspirators committed and caused to be committed the offense alleged in Counts 2 and 3 of this indictment, which are incorporated herein by reference as overt acts.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A). [21 U.S.C. §§ 846 and 841(b)(1)(A)].

## COUNT 2

### DISTRIBUTION OF COCAINE BASE

### 21 U.S.C. § 841(a)(1)

On or about the 3rd day of March 2005, in the Western District of Louisiana at Amelia, the defendants, KEITH ROMAN HENDERSON and LIONEL JOSEPH HENDERSON, JR., each aided and abetted by the other, distributed fifty (50) or more grams, that, is approximately 128.3 grams of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A). [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)].

## COUNT 3

### DISTRIBUTION OF COCAINE BASE

### 21 U.S.C. § 841(a)(1)

On or about the 17th day of March 2005, in the Western District of Louisiana at Amelia, the defendants, KEITH ROMAN HENDERSON and LIONEL JOSEPH

HENDERSON, JR., each aided and abetted by the other, distributed fifty (50) or more grams, that, is approximately 124.9 grams of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A). [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)].

A TRUE BILL:

FOREMAN: FEDERAL GRAND JURY

DONALD W. WASHINGTON
United States Attorney

BRETT L. GRAYSON, ID # 800099
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: 337-262-6618