UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION
in Lafayette

PRESENT: HON. TUCKER L. MELANÇON , Judge, Presiding      Date:   July 28, 2006
LaRae Bourque              , Court Reporter
Paula S. Jordan            , Minute Clerk

COURT OPENED: 10:00 A.M.                           COURT ADJOURNED: 10:45 A.M.

_____
MINUTES OF COURT
_____

CASE NO.  05cr60040-01                                 X   Defendant in custody
Judge Melancon/Mag.Judge Methvin                       __  Defendant on Bond, Bond cont'd
                                                       __  Bond set:
DEFENDANT:    Keith Roman Henderson
                                                       __  Bond cancelled
GOVT. COUNSEL: Brett Grayson                               Failed to appear, warrant ordered

DEFENSE COUNSEL: Peter John
_____

 X    Case called for Sentencing

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that as to Count 1, 2 and 3 the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 292 months per count to run concurrently.   The Court requests defendant be given credit for time served.

Upon release from imprisonment, the defendant will be placed on Supervised Release for a period of 10 years as to Count 1,2, and 3 to run concurrently with the standard conditions and the mandatory conditions as follows:

   1.) The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of being placed on Supervised Release and at least two periodic drug tests thereafter, as directed by the U.S. Probation Officer as per the provisions of the 1994 Crime Control Bill.  Should the Probation Office Feel additional testing and/or counseling is necessary, including inpatient or outpatient, the defendant will participate in any such program as directed by the United States Probation Office; and

   2.) The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

   3.) The defendant shall cooperate in the collection of DNA as directed by the probation officer.


Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.  While on supervised release, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this court, and shall comply with the following additional conditions:

   1.)  Should the Probation Office feel additional substance abuse testing and/or counseling is necessary, the defendant will participate in any such program, as directed by the United States Probation Office.

   2.) Should the Probation Office feel that mental health evaluation and/or treatment is necessary, the defendant will participate in any such program, as directed by the United States Probation Office.

No fine is recommended due to the defendant's lack of assets.

IT IS ORDERED that a special assessment of $100.00, per count, is imposed on the defendant pursuant to 18 U.S.C.§ 3013 is payable immediately.
IT IS FURTHER ORDERED that the Motion for Acquittal [Doc.#101], filed by defendant is DENIED.

IT IS FURTHER ORDERED that the defendant is remanded to the United States Marshal to begin service of sentence.

IT IS FURTHER ORDERED that the Presentence Report is filed UNDER SEAL.


  _      Dismissed counts:
  X_     Defendant advised of right to appeal

_____
COMMENTS: