**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL ACTION 05-60040-002

VERSUS                                       JUDGE TUCKER L. MELANÇON

KEITH ROMAN HENDERSON                        MAGISTRATE JUDGE HANNA

**ORDER**

The matter regarding defendant Keith Roman Henderson's former attorney's, Charles K. Middleton, failure to comply with the Court's October 25, 2010 Order, *R. 165*, [Rec. Doc. 171] was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. Following a hearing on December 22, 2010, the Magistrate Judge issued an oral Report and Recommendation. *R. 183.* After an independent review of the record, and consideration of the objection filed by Keith Roman Henderson, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. It is therefore

**ORDERED** that no sanctions be imposed on Charles K. Middleton.

**THUS DONE AND SIGNED** this 17th day of January, 2011 in Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE