Case 6:05-cr-60040-RGJ-PJH   Document 268   Filed 03/28/17   Page 1 of 1 PageID #: 1167

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>Keith Roman Henderson<br><br>Date of Original Judgment: 8/2/06<br>Date of Previous Amended Judgment: 8/2/06<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 6:05-cr-60040-01<br>USM No: 12795-035<br><br>Dustin Talbot<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __296__ months **is reduced to** __240 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __8/2/06__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: March 28, 2017

Judge's signature

Effective Date: _____
*(if different from order date)*

DONALD E. WALTER, UNITED STATES DISTRICT JUDGE
*Printed name and title*