## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:05-CR-60040** |
| **VERSUS** | **JUDGE ROBERT R. JAMES** |
| **KEITH ROMAN HENDERSON (01)** | **MAGISTRATE JUDGE HANNA** |

## AMENDED JUDGMENT

Pursuant to Section 404 of the First Step Act,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Judgment of the Court imposed on July 28, 2006 [*see* Doc. No. 113], as amended by the Order issued on March 28, 2017 [*see* Doc. No. 268], sentencing Defendant Keith Roman Henderson to a total term of imprisonment of 240 months and a term of supervised release of 10 years, is AMENDED, and Defendant's term of imprisonment is REDUCED to TIME SERVED and his term of supervised release is REDUCED to EIGHT years.

Except as provided herein, all other provisions of the Judgment imposed on July 28, 2006 [Doc. No. 113], remain in effect.

SIGNED this 15th day of July, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE