# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 20, 2019

Mr. Tony R. Moore  
Western District of Louisiana, Lafayette  
United States District Court  
300 Fannin Street  
Suite 1167  
Shreveport, LA 71101-0000

    No. 19-30644    USA v. Keith Henderson  
                       USDC No. 6:05-CR-60040-1

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____  
                       Shea E. Pertuit, Deputy Clerk  
                       504-310-7666

cc w/encl:  
    Ms. Carol Mignonne Griffing

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-30644

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellant

v.

KEITH ROMAN HENDERSON,

    Defendant - Appellee

**A True Copy**
**Certified order issued Aug 20, 2019**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

Appeal from the United States District Court
for the Western District of Louisiana

_____

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of August 20, 2019, pursuant to appellant's motion.

                           LYLE W. CAYCE
                           Clerk of the United States Court
                           of Appeals for the Fifth Circuit

*Shea E. Pertuit*

                           By: _____
                           Shea E. Pertuit, Deputy Clerk

        ENTERED AT THE DIRECTION OF THE COURT